1  Michael J. Summersgill (*pro hac vice*)
2    michael.summersgill@wilmerhale.com
   Jordan L. Hirsch (*pro hac vice*)
3    jordan.hirsch@wilmerhale.com
4  Benjamin N. Ernst (*pro hac vice*)
     ben.ernst@wilmerhale.com
5  WILMER CUTLER PICKERING
6    HALE AND DORR LLP
   60 State Street
7  Boston, Massachusetts 02109
8  Telephone: (617) 526-6000

9  [Additional Counsel Listed in Signature Block]

10 *Attorneys for Plaintiff and Counterclaim-Defendant Akamai Technologies, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| AKAMAI TECHNOLOGIES, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> MEDIAPOINTE, INC. and AMHC, INC., <br><br>  Defendants. <br><br> MEDIAPOINTE, INC., <br><br>  Counterclaimant, <br><br> vs. <br><br> AKAMAI TECHNOLOGIES, INC., <br><br>  Counterclaim-Defendant. | Case No. 2:22-cv-06233-MCS-AFM <br><br> **PLAINTIFF AKAMAI TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT MEDIAPOINTE, INC.'S COUNTERCLAIMS FOR WILFUL AND INDUCED INFRINGEMENT** <br><br> Hearing Date: December 5, 2022 <br> Time: 9:00 AM <br> Location: Courtroom 7C, 7th Floor |
|---|---|

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on December 5, 2022, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 7C of this Court, located at First Street U.S. Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Plaintiff and Counterclaim-Defendant Akamai Technologies, Inc. ("Akamai") will move, and hereby does move, to dismiss MediaPointe, Inc.'s counterclaims for willful infringement and induced infringement.  Akamai's motion is based upon this Notice of Motion and Motion, the accompanying Memorandum and Points of Authorities, and all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 31, 2022.

DATED:  November 7, 2022                    Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: /s/ *Michael J. Summersgill*
      Michael J. Summersgill (pro hac vice)
        michael.summersgill@wilmerhale.com
      Jordan L. Hirsch (pro hac vice)
        jordan.hirsch@wilmerhale.com
      Benjamin N. Ernst (pro hac vice)
        ben.ernst@wilmerhale.com
      Asher S. McGuffin (pro hac vice)
        asher.mcguffin@wilmerhale.com
      WILMER CUTLER PICKERING HALE AND DORR LLP
      60 State Street
      Boston, Massachusetts 02109
      Telephone:  (617) 526-6000

1

Arthur W. Coviello (SBN 291226)
arthur.coviello@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:  (650) 858-6069

Jason F. Choy (SBN 277583)
jason.choy@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone:  (213) 443-5300

*Attorneys for Plaintiff and Counterclaim-Defendant Akamai Technologies, Inc.*

1